UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHERYL FOGG, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:22-CV-124-D** |
| U.S.A. TRANSPORTATION SECURITY ADMINISTRATION (TSA), DIVISION OF DEPARTMENT OF HOMELAND SECURITY, RALEIGH-DURHAM AIRPORT AUTHORITY, JEREMY MCFARLAND, JONATHAN JOHNSON TASHAUNA VARNADO, and CORY SHEPHERD, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART the RDAA and officer defendants' motion to dismiss [D.E. 27], GRANTS the TSA officers' motion to dismiss [D.E. 39], and DISMISSES WITH PREJUDICE counts one, two, and three against all defendants and all counts against the United States and the TSA defendants. The court DECLINES to exercise supplemental jurisdiction over plaintiff's remaining state-law claims against the RDAA, McFarland, and Johnson and DISMISSES WITHOUT PREJUDICE the state-law claims against those three defendants. The court DISMISSES AS MOOT the United States' motion to dismiss [D.E. 20].

**This Judgment Filed and Entered on May 24, 2023, and Copies To:**

| | |
|---|---|
| Moses Vincent Brown | (via CM/ECF electronic notification) |
| Katharine Paige O'Hale | (via CM/ECF electronic notification) |
| Dan M. Hartzog, Jr. | (via CM/ECF electronic notification) |

DATE: May 24, 2023         PETER A. MOORE, JR., CLERK

                           (By)  /s/ Stephanie Mann
                           Deputy Clerk