UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHERYL FOGG, <br><br> Plaintiff, <br><br> v. <br><br> U.S.A. TRANSPORTATION SECURITY ADMINISTRATION (TSA), DIVISION OF DEPARTMENT OF HOMELAND SECURITY, RALEIGH-DURHAM AIRPORT AUTHORITY, JEREMY MCFARLAND, JONATHAN JOHNSON TASHAUNA VARNADO, and CORY SHEPHERD, <br><br> Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:22-CV-124-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that on November 17, 2022, plaintiff voluntarily dismissed her claims against the TSA and against Varnado and Shepherd (collectively, "TSA defendants") in their official capacities [D.E. 35].

**IT IS FURTHER ORDERED AND DECREED** that the court GRANTS IN PART the RDAA and officer defendants' motion to dismiss [D.E. 27], GRANTS the TSA officers' motion to dismiss [D.E. 39], and DISMISSES WITH PREJUDICE counts one, two, and three against all defendants and all counts against the United States and the TSA defendants. The court DECLINES to exercise supplemental jurisdiction over plaintiff's remaining state-law claims against the RDAA, McFarland, and Johnson and DISMISSES WITHOUT PREJUDICE the state-law claims against those three defendants. The court DISMISSES AS MOOT the United States' motion to dismiss [D.E. 20].

**This Judgment Filed and Entered on May 25, 2023, and Copies To:**

Moses Vincent Brown     (via CM/ECF electronic notification)
Katharine Paige O'Hale  (via CM/ECF electronic notification)
Dan M. Hartzog, Jr.     (via CM/ECF electronic notification)

DATE: May 25, 2023

PETER A. MOORE, JR., CLERK

(By)   /s/ Stephanie Mann
Deputy Clerk